**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **ROSELEE BORUM,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. _____** |
| **CENGA COMPANY, INC.,** | |
| **Defendant.** | |

## COMPLAINT FOR DAMAGES

COMES NOW, Roselee Borum ("Plaintiff"), by and through undersigned counsel, and files this Complaint for Damages against the above- named Defendant, showing the Court as follows:

### INTRODUCTION

1.

Plaintiff files the instant action, alleging Defendant has violated Plaintiff's right to minimum wage and overtime compensation under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 et seq., as amended (the "FLSA").

**2.**

During Plaintiff's employment with Defendant, Plaintiff contends that Defendants violated the FLSA by failing to pay Plaintiff at the legally required minimum wage and by failing to pay Plaintiff overtime compensation for hours worked in excess of 40 hours per week. As a result, Plaintiff is seeking unpaid minimum wages, unpaid overtime compensation, liquidated damages in an amount equal to the unpaid minimum wages and overtime compensation, attorneys' fees, costs, and other appropriate relief pursuant to 29 U.S.C. § 216(b).

## JURISDICTION AND VENUE

**3.**

This Court has subject matter jurisdiction over the instant action pursuant to 29 U.S.C. § 216(b) and 28 U.S.C. § 1331.

**4.**

Venue is proper in the Middle District of Georgia under 28 U.S.C. § 1391 (b) and (c) because the acts giving rise to this Complaint occurred within this District, and because Defendant is subject to this Court's personal jurisdiction.

## PARTIES

5.

Plaintiff resides in Bleckley County, Georgia, and is a citizen of the United States.

6.

At all times material hereto, Plaintiff contends she was a non-exempt "employee" of Defendant for purposes of the FLSA.

7.

At all times material hereto, Plaintiff contends she handled, sold, and worked with goods or materials that have been moved in or produced for interstate commerce.

8.

Defendant Cenga Company, Inc. is a Georgia corporation with a principal office address of P.O. Box 780, Hawkinsville, GA  31036. Defendant regularly transacts business in the State of Georgia and may be served through its registered agent, Jay A. Hall, at 116 Commerce Street, Hawkinsville, Pulaski County, Georgia  31036. At all times material hereto, Defendant was a non-exempt "employer" of Plaintiff for purposes of the FLSA.

9.

Plaintiff contends she was employed by Defendant as a server at a Huddle House located at 142 East Dykes Street, Cochran, Bleckley County GA from June 2015 to May 2018.

10.

At times throughout her employment with Defendant, Plaintiff contends she was required to work more than 40 hours per week.  Plaintiff further contends that Defendant failed to compensate Plaintiff for all overtime hours worked.

11.

Plaintiff earned tips plus an hourly wage while working for Defendant.  Plaintiff contends that, at times throughout her employment, she was paid less than minimum wage.

12.

Plaintiff contends that, at times throughout her employment, she was required to work off the clock and was not paid for that time.

13.

Before initiating the instant suit, Plaintiff attempted to resolve her FLSA claims outside of litigation, and Defendant has agreed to resolve same although Defendant contends it has no liability to Plaintiff.  Contemporaneously with the filing of this Complaint, the parties will file a Joint Motion for Approval of Settlement and Proposed Dismissal with Prejudice of this action, along with a Proposed Order.

**COUNT ONE: VIOLATION OF FLSA (MINIMUM WAGE)**

14.

Plaintiff re-alleges and incorporates Paragraphs 1 through 13 of this Complaint, as if fully set forth herein.

15.

At all times relevant hereto, Plaintiff contends she was a non-exempt employee for purposes of the FLSA. Thus, Plaintiff contends that Defendant was obligated to pay Plaintiff at

a rate not less than the hourly minimum wage.

16.

Plaintiff contends that Defendant failed to pay Plaintiff at least minimum wage for all hours worked.  Plaintiff further contends that, at times, Defendant required Plaintiff to work "off the clock," and did not pay Plaintiff for all hours worked.

17.

Plaintiff contends that she is entitled to damages, including, without limitation, unpaid wages sufficient to compensate Plaintiff at the minimum wage rate for all hours worked, liquidated damages, attorneys' fees, and costs, against Defendant.

## COUNT TWO: VIOLATION OF FLSA (OVERTIME)

18.

Plaintiff re-alleges and incorporates Paragraphs 1 through 17 of this Complaint, as if fully set forth herein.

19.

At all times relevant hereto, Plaintiff contends she was a non-exempt employee for purposes of the FLSA. Thus, Plaintiff contends Defendant was obligated to pay Plaintiff at least one and one-half times her regular rate for each hour worked in excess of 40 hours per week.

20.

Plaintiff contends that Defendant failed to pay Plaintiff at least one and one-half times her regular rate for each hour worked in excess of 40 hours per week.

21.

Plaintiff contends that she is entitled to damages, including, without limitation, unpaid overtime compensation, liquidated damages, attorneys' fees, and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays:

That the Court approve the Parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice of this action.  The Parties will submit a Proposed Order for the Court's review and approval.

Respectfully submitted this 3rd day of June, 2019.

        */s/ Roger W. Orlando*
ROGER W. ORLANDO
Ga. State Bar No. 554295
*Attorney for Plaintiff*
By Callie D. Bryan, w/
express permission

THE ORLANDO FIRM, P.C.
315 West Ponce De Leon Ave
Suite 400
Decatur, Georgia 30030
(404) 373-1800
*Of Counsel for*
BROWN, LLC
155 2nd Street, Suite 4
Jersey City, NJ  07302
(871) 561-0000
roger@orlandofirm.com

5